UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYNALDO VELASQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-12481-PBS |
| ) | |
| BOSTON HOUSING AUTHORITY,[1] ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS
[Docket No. 10]

July 23, 2018

Boal, M.J.

Defendant Boston Housing Authority ("BHA") has moved to dismiss pro se plaintiff Raynaldo Velasquez's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Docket No. 10.[2] For the following reasons, the Court recommends that the District Judge assigned to this case deny the motion without prejudice and allow Velasquez an opportunity to amend his Complaint.

I.   FACTS[3]

Velasquez is a current employee of defendant BHA. Velasquez's Complaint is limited to

---

[1] Although not included in the caption, it appears that plaintiff attempts to bring claims against the City of Boston as well. Docket No. 1 at 2. No summons was issued as to the City of Boston.

[2] On December 27, 2017, the District Court referred this case to the undersigned for full pretrial management, including report and recommendation on dispositive motions. Docket No. 7.

[3] Because this case is before the Court on a motion to dismiss, the Court takes as true all well-pleaded allegations in the complaint and draws all reasonable inferences in Velasquez's favor. See Morales-Tañon v. P.R. Elec. Power Auth., 524 F.3d 15, 17 (1st Cir. 2008).

1

*[Handwritten note:]* 8/14/18 I adopt the report and recommendation. The amended complaint shall be filed by 9/14. /s/ Patti B. Saris